

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00589-CV

Renee Kirchoff **CHAPA**, in her official capacity as County Commissioner of Jim Wells County, Texas; and Jim Wells County, Texas,
Appellants

v.

## WYATT RANCHES OF TEXAS, LLC,
Appellee

From the County Court, Jim Wells County, Texas
Trial Court No. 22-04-61861-CV
Honorable Michael Ventura Garcia, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's August 31, 2022 "Order Denying Defendant's [sic] Plea to the Jurisdiction" based on Wyatt Ranches of Texas, LLC's negligence claim is AFFRIMED. We REVERSE the order to the extent it denied appellants' plea to the jurisdiction based on Wyatt Ranches of Texas, LLC's trespass and inverse condemnation claims and we RENDER judgment dismissing those claims. Costs are assessed against the appellants.

SIGNED May 10, 2023.

_____
Lori I. Valenzuela, Justice